# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, et al.,<br><br>    Defendants. | Case No. 4:20-cv-01793-KAW<br><br>**ORDER TRANSFERRING CASE TO U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Plaintiff's claims arise from events that occurred in Vallejo, California, which is located in the Eastern District of California. Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Eastern District of California, where proper venue lies, because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84, 1391(b), 1406(a).

**IT IS SO ORDERED.**

Dated: April 21, 2020

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge